# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

James Fennie
*Defendant*

Case No. 8:95-cr-190-SDM-SPF

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **James Fennie**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: JUL 15 2025

*Issuing officer's signature*

JULIA BARDAK

City and state:   Tampa, Florida

Elizabeth Warren, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7-15-2025, and the person was arrested on *(date)* 9-9-2025
at *(city and state)* Tampa, FL.

Date: 9-16-2025

*Arresting officer's signature*

MICHAEL GONZALEZ  DUSM
*Printed name and title*